IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| SAMUEL HUDSON MCDADE, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | )  CIVIL ACTION NO. 2:03cv213-WHA |
| | ) |
| MONTGOMERY CITY JAIL WARDEN, et al., | ) ) |
| | ) |
| Defendants. | ) |

### **ORDER**

No timely objection having been filed to the Recommendation of the Magistrate Judge (Doc. #66), entered on September 12, 2006, the court adopts the Recommendation, and it is hereby ORDERED as follows:

1. Plaintiff's claims of excessive force against Defendants Besteder and Warden Collins are DISMISSED with prejudice.

2. Plaintiff's claim of excessive force against Defendant Welch is DISMISSED with prejudice.

3. Plaintiff's claim of unconstitutional conditions of confinement against all Defendants is DISMISSED with prejudice.

4. This case is DISMISSED with prejudice and costs taxed as paid.

DONE this 28th day of September, 2006.

/s/ W. Harold Albritton
W. HAROLD ALBRITTON
SENIOR UNITED STATES DISTRICT JUDGE